## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AVRAHAM LEBOVITZ<br><br>      Plaintiff,<br>  v.<br><br>AMGUARD INSURANCE COMPANY<br><br>      Defendant. | **Civil Action**<br><br>**Docket No.: 3:24-cv-00399** |

### PLAINITFF'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7.1.1

   Plaintiff states that there are no nonparties to this action that are providing funding for any portion of the fees and/or expenses in this litigation.  Other than counsel, there are no nonparties that have any interest in the outcome of this litigation nor is the approval of any non-parties required for settlement.

Dated: February 20, 2024

        LERNER, ARNOLD & WINSTON, LLP.


        */s/Robert T. Trautmann*
        Robert T. Trautmann, Esq.
        N.J. Bar ID 037562005
        331 Newman, Springs Rd,
        Building 1 Suite 143,
        Red Bank, NJ 07701
        Telephone: (212) 686-4655
        Facsimile:  (212) 532-3301
        Primary Email: rtrautmann@lawpartnersllp.com
        Attorneys for Plaintiff