

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Fl.
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

**Matthew L. Bodi, Esq.**
matthew.bodi@finazzolaw.com
Direct Dial: (973) 343-4968

May 22, 2025

<u>Via ECF</u>
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey 08608

      Re:    **Avraham Lebovitz v. AmGUARD Insurance Company**
             <u>Civil Action No.: 3:24-cv-00399-MAS-RLS</u>

Dear Judge Singh:

      This firm represents Defendant/Third-Party Plaintiff AmGUARD Insurance Company ("AmGUARD") in the above-referenced action. AmGUARD submits this letter, pursuant to Paragraph 6 of Your Honor's Civil Case Management Order, to respectfully request leave to file a motion to deposit funds with the Court pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1.

      More specifically, AmGUARD would like to deposit $1,446,700 with this Court, which represents the undisputed amount of payment allowable under the Policy – i.e., the policy limit – for the damage to the dwelling owned by Plaintiff following the fire loss that gave rise to this lawsuit. It is undisputed that the extent of the damage to Plaintiff's dwelling from this loss exceeds the policy limit. Further, all three parties to this lawsuit assert an entitlement to these funds: AmGUARD maintains that neither party is entitled to payment because the policy at issue in this action should be declared void *ab initio* due to Plaintiff's misrepresentations in his application for

Hon. Rukhsanah L. Singh, U.S.M.J
May 22, 2025
Page **2** of **2**

insurance; Plaintiff asserts an entitlement to full compensation under the Policy; and the Trust asserts an entitlement to its insurable interest as a mortgagee, which may potentially be compensable under the Policy's dwelling coverage.

Given the undisputed amount of damage potentially compensable under the Policy's dwelling coverage, as well as the competing interests to these funds, AmGUARD respectfully requests that leave be granted to file a motion to deposit funds with the Court pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1.

          Respectfully submitted,

          */s/ Matthew L. Bodi*

          MATTHEW L. BODI

cc:    Frank P. Winston, Esq. (via ECF)
        John E. Brigandi, Esq. (via ECF)