## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AVRAHAM LEBOVITZ,

       Plaintiff,

       v.

AMGUARD INSURANCE COMPANY,

       Defendant.

AMGUARD INSURANCE COMPANY,

       Plaintiff,

       v.

U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY
AS TRUSTEE ON BEHALF OF GCAT
2023-0NQM2 TRUST,

       Third-Party Defendant.

Civil Action No. 24-399 (MAS) (RLS)

**AMENDED ORDER**

This matter comes before the Court upon Third-Party Defendant U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee on behalf of GCAT 2023-NQM2 Trust, as successor in interest to Finance of America MTG LLC ISAOA/ATIMA c/o Loancare, LLC's ("U.S. Bank"), Motion for Summary Judgment. (ECF No. 49.) Defendant AmGuard Insurance Company ("AmGuard") and Plaintiff Avraham Lebovitz ("Lebovitz") opposed (ECF Nos. 52, 53-1), and U.S. Bank replied (ECF No. 55). The Court has carefully considered the parties' submissions and decides the matter without oral argument

pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

   **IT IS**, on this 24th day of March 2026, **ORDERED** as follows:

1.   U.S. Bank's Motion for Summary Judgment (ECF No. 49) is **GRANTED**.

2.   AmGuard's Third-Party Complaint (ECF No. 14 at 8-14) against U.S. Bank is **DISMISSED WITH PREJUDICE**.

3.   U.S. Bank is entitled to its share of the insurance funds deposited with the Court pursuant to the Policy regardless of the disposition in this matter between Lebovitz and AmGuard.

4.   The Clerk shall disperse $1,319,061.39, principal only, from the funds deposited with the Court to U.S. Bank c/o John E. Brigandi, Knuckles & Manfro, LLP, 225 Brae Blvd., Suite 101, Park Ridge NJ 07656.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

2